**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Jason Ramjattansingh v. The State of Texas

Appellate case number:   01-15-01089-CR

Trial court case number:  2019635

Trial court:                County Criminal Court at Law No. 8 of Harris County

Appellant, Jason Ramjattansingh, has filed a Motion to Abate and to Stay Briefing Schedule. Ramjattansingh contends he filed a timely motion for findings of fact and conclusions of law regarding the denial of his motion to suppress.

The motion is GRANTED. We abate the appeal and remand for the trial court to enter written findings of fact and conclusions of law, separate and apart from any docket sheet notations in this case, in conjunction with the trial court's denial of Evans's motion to suppress. *See State v. Cullen*, 195 S.W.3d 696, 699 (Tex. Crim. App. 2006) (holding that trial court must provide findings of fact and conclusions of law adequate to provide appellate court with basis to review trial court's application of law to facts, either in writing or on record at hearing); *Wicker v. State*, 740 S.W.2d 779, 784 (Tex. Crim. App. 1987); TEX. R. APP. P. 44.4.

The trial court shall make the appropriate findings and conclusions and shall cause them to be filed with the trial court clerk within 20 days of the date of this order. We further order the trial court clerk to file a supplemental clerk's record containing the trial court's findings of fact and conclusions of law with this Court within 30 days of the date of this order.

Appellant's brief will be due 30 days after the supplemental clerk's record is filed in this Court.

It is so ORDERED.

Judge's signature: /s/ <u>Harvey Brown</u>
                ☒ Acting individually    Date: May 17, 2016